

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

    - v. -                         :     INDICTMENT

ERONMWON A. OSAHON,                :

        Defendant.                 :     **08 CRIM 003**

- - - - - - - - - - - - - - - - - -x

## COUNT ONE

    The Grand Jury charges:

    1.   From on or about May 30, 2007, up to and including on or about June 30, 2007, in the Southern District of New York and elsewhere, ERONMWON A. OSAHON, the defendant, unlawfully, willfully, knowingly, and with intent to defraud, as part of an offense affecting interstate commerce, did effect transactions with one and more access devices issued to another person and persons, to receive payment and other things of value during a one-year period the aggregate value of which is equal to and greater than $1,000, to wit, OSAHON used credit cards issued to other individuals, without authorization, to obtain goods at retail stores, the value of which exceeded $1,000 during a one-year period.

    (Title 18, United States Code, Sections 1029(a)(5) and 2.)

## COUNT TWO

    The Grand Jury further charges:

    2.   From on or about May 30, 2007, up to and including on or about June 30, 2007, in the Southern District of New York

and elsewhere, ERONMWON A. OSAHON, the defendant, unlawfully, willfully, and knowingly did transfer, possess, and use, without lawful authority, a means of identification of another person, during and in relation to the felony violation enumerated in Section 1028A(c), to wit, OSAHON possessed and used, without lawful authority, credit cards and personal identification information, including the name, address, date of birth, and social security number of other individuals as charged in Count One of this Indictment.

(Title 18, United States Code, Sections 1028A and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing one or more of the foregoing offenses alleged in Counts One and Two of this Indictment, ERONMWON A. OSAHON, the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting or derived from proceeds obtained directly or indirectly as a result of the said offenses, including but not limited to the following: at least $45,000, in that such sum in aggregate is property representing the amount of proceeds obtained as a result of the said offenses charged in Counts One and Two of this Indictment, for which the defendant is liable.

### Substitute Asset Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Section 982 and
Title 18, United States Code, Sections 2, 1028A, 1029.)


_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ERONMWON A. OSAHON,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. §§ 1029(a)(5),
1028A, and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

1-2-08 MB Filed Indictment. Case assigned to Judge Lynch.
Pitman
U.S.M.J