```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
UNITED STATES OF AMERICA,                                    :
                                                              :      08 Cr. 03 (GEL)
            - v -                                             :
                                                              :      **ORDER**
ERONMWON OSAHON,                                             :
                                                              :
                              Defendant.                      :
-------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      The Government has requested a 30-day adjournment of the sentencing in this case, scheduled for May 8, 2008, on the ground that the prosecutor in charge of the case is preparing for trial in another matter and is unable to prepare a response to defendant's sentencing memorandum.

      The application will be denied. The sentencing date in this case was set on February 8, 2008, and slightly adjusted in mid-April. The PSR has been available to the Court since April 23, 2008, and presumably to the parties even earlier. Nothing in the defendant's submission is particularly surprising, or raises new issues beyond the scope of the Government's investigation of the case. There is no need for an elaborate written submission; the Government will have the opportunity to respond at the sentencing proceeding with respect to any and all issues raised by the defense.

      Accordingly, the request for an adjournment is denied, and sentencing will proceed as scheduled on May 8, 2008.

SO ORDERED.

Dated: New York, New York
       May 6, 2008

                                                        _____
                                                        GERARD E. LYNCH
                                                        United States District Judge